FILED
CHARLOTTE, NC

FEB 20 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25cr37-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| ) | |
| v. ) | Violation: 8 U.S.C. § 1326(a) |
| ) | |
| OLVIN MANUEL TEJADA-SALGUERO ) | |
| ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 4, 2025, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**OLVIN MANUEL TEJADA-SALGUERO**

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON

LAWRENCE J. CAMERON
ACTING UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY